UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

| | |
|---|---|
| SIMON LEE,<br><br>            Plaintiff,<br><br>v.<br><br>ENHANCED RECOVERY COMPANY, LLC,<br><br>            Defendant. | Case No. 1:20-cv-01333-LTB<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

PLEASE TAKE NOTICE that Plaintiff Simon Lee, by and through his undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses this action against Enhanced Recovery Company, LLC with prejudice.

RESPECTFULLY SUBMITTED,

Dated:  June 2, 2020

s/ David A. Chami
***David A. Chami***
Price Law Group, APC
8245 N. 85th Way
Scottsdale, AZ 85258
Telephone: (818) 600-5515
E-mail: david@pricelawgroup.com
Attorneys for Plaintiff Simon Lee
