**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  20-cv-01333-LTB

SIMON LEE,

        Plaintiff,

v.

ENHANCED RECOVERY COMPANY, LLC,

        Defendant.
_____

**ORDER**
_____

THIS MATTER having come before the Court on the Plaintiff's Notice of Voluntary Dismissal (Doc 4 - filed June 2, 2020), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                              BY THE COURT:

                                s/Lewis T. Babcock
                              Lewis T. Babcock, Judge

DATED:   June 3, 2020